UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA J. GORDON | CIVIL ACTION |
| VERSUS | NO. 26-1604 |
| RICKIE CALLEGAN ET AL. | SECTION R (3) |

**ORDER AND REASONS**

Plaintiff Barbara J. Gordon filed this *pro se* and *in forma pauperis* complaint asserting claims under 42 U.S.C. § 1983 against twenty-four defendants in their individual and official capacities.[1] Plaintiff's suit arises out of a violent encounter that resulted in plaintiff's conviction for battery and the loss of plaintiff's nursing license.[2] On September 14, 2026, Magistrate Judge Dossier issued a Report and Recommendation ("R&R") recommending that the Court dismiss plaintiff's complaint without prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2).[3] Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection

---

1 R. Doc. 1.
2 *Id.*
3 R. Doc. 7.

is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.”).

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge’s R&R as its opinion. Plaintiff’s complaint is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 29th day of September, 2026.

Sarah Vance
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE